UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 12 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| D.E. SHAW LAMINAR PORTFOLIOS, L.L.C.; et al.,<br><br>        Plaintiffs - Appellees,<br><br>  v.<br><br>ARCHON CORPORATION,<br><br>        Defendant - Appellant. | No. 11-15406<br><br>D.C. No. 2:07-cv-01146-PMP-LRL<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |
| LEEWARD CAPITAL, L.P.,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>ARCHON CORPORATION,<br><br>        Defendant - Appellant. | No. 11-15482<br><br>D.C. No. 2:08-cv-00007-PMP-LRL<br>U.S. District Court for Nevada, Las Vegas |

    The judgment of this Court, entered September 19, 2012, takes effect this date.

    This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk